No. 1809, Misc. BAGBY v. CALIFORNIA DEPARTMENT OF CORRECTIONS. Motion for leave to file petition for writ of habeas corpus denied.

No. 1852, Misc. O'MEARA v. UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 1875, Misc. BALDWIN v. NEW YORK. Appeal from Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *William E. Hellerstein* and *Leon B. Polsky* for appellant. *Frank S. Hogan* and *Michael R. Juviler* for appellee.

No. 1291. UNITED STATES v. KORDEL ET AL. C. A. 6th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Wilson, Lawrence G. Wallace, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. *Milton A. Bass* and *Solomon H. Friend* for respondents.

No. 766, Misc. MINOR v. UNITED STATES. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case transferred to appellate docket. *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.